PROPOSED ORDER/COVER SHEET

**E-filing**

TO: Honorable Edward M. Chen
U.S. Magistrate Judge

2005 OCT -7   RE: Calder, Christopher

FROM: Claudette Silvera, Chief
U.S. Pretrial Services Officer

DOCKET NO.: CR 03-05-70560

DATE: September 28, 2005

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Rich Sarlatte                                         415 436-7508
U.S. Pretrial Services Officer                        TELEPHONE NUMBER

RE: VIOLATION OF RELEASE CONDITIONS

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[✓] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[ ] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

[ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding District Court Judge _____

[ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

Modification(s)

A.

B.

[ ] Bail Revoked/Bench Warrant Issued.

[ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

[ ] Other Instructions:

_____          October 7, 2005
JUDICIAL OFFICER                          DATE

Cover Sheet (12/03/02)